# IN THE SUPREME COURT OF ALABAMA



May 23, 2025

**SC-2024-0607**

Anastasiia Mukhina v. Bank of England (Appeal from Baldwin Circuit Court: CV-23-900951).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on May 23, 2025:

**APPLICATION OVERRULED. NO OPINION.** McCool, J. -- Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, and Cook, JJ., concur.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on April 4, 2025:

**AFFIRMED. NO OPINION.** McCool, J. -- Stewart, C.J., and Shaw, Wise, Bryan, Sellers, Mendheim, and Cook, JJ., concur. Mitchell, J., concurs in part and dissents in part, with opinion.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**